IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COLLEEN GRIFFITH AND
PATRICK J. DEESE, ESQ.,

     Appellants,

                                        CORRECTED
v.                                      Case No.  5D15-486

RAMZEY'S A PLUS, INC.
D/B/A QABLAWI AUTO SALES,

     Appellee.

_____/

Opinion filed March 4, 2016

Appeal from the Circuit Court
for Brevard County,
George B. Turner, Judge.

Patrick J. Deese, of Law Offices of Patrick
J. Deese, P.A., Melbourne, for Appellants.

Thomas H. Yardley, Cocoa, for Appellee.

PER CURIAM.

Colleen Griffith and her attorney, Patrick J. Deese, appeal the trial court's order assessing attorney's fees against them under Florida Rule of Civil Procedure 1.380(a)(4).  We affirm.

Griffith, on Deese's advice, refused to answer a deposition question, asserting that the question was irrelevant and an improper hypothetical.  On appeal, Griffith and

Deese claim that the trial court improperly sanctioned them without making the findings required by <u>Kozel v. Ostendorf</u>, 629 So. 2d 817 (Fla. 1993).  We disagree.  <u>Kozel</u> applies when the trial court dismisses a case or claim, enters a default, or strikes pleadings as a sanction.  It does not apply when expenses are assessed, as here, under rule 1.380(a)(4).

AFFIRMED.

ORFINGER, COHEN and LAMBERT, JJ., concur.